The relief described hereinbelow is SO ORDERED.

Signed January 21, 2011.

ROBERT D. BERGER
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS AT KANSAS CITY**

| | |
|---|---|
| In Re: | |
| Erik Surgnier, and Maria Surgnier, *Debtor(s)* | Case No. 10-22239-rdb |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | Chapter: 13 |
| vs. | |
| Erik Surgnier, and Maria Surgnier, *Debtor(s)* | |
| and | |
| William H. Griffin, *Trustee* | |

**ORDER GRANTING *IN REM* RELIEF FROM STAY AND DENYING REQUEST FOR ATTORNEYS FEES WITHOUT PREJUDICE TO SEEKING FEES IN A RULE 2016 FEE APPLICATION**

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns, ("Creditor"), on its Motion for Relief from Stay. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

> **Lot 1 of Ramsey's Subdivision of a part of the Northeast Fractional Quarter of Section 36, Township 61, Range 40, also a Tract of land abutting thereto on the Easterly side and extending Southeasterly therefrom to the water of what is commonly known as Big Lake, the Northerly Line of said tract being bounded by a line to coincide with an extension Southeasterly of the Northerly line of said Lot and the Southerly line of said Tract being bounded by a line to coincide with an extension Southeasterly of the Southerly line of said Lot, all in the subject to Public roads and Highways,** commonly known as 250 Ramsey Drive, Craig, MO 64437, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies *in rem* to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS FURTHER ORDERED** that attorney fees requested are denied without prejudice to Creditor seeking the same through a separate Rule 2016 Fee Application and Order of the Bankruptcy Court.

**IT IS SO ORDERED.**

###

SOUTH & ASSOCIATES, P.C.
*s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; EDMO #501712; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

*S/ WILLIAM H. GRIFFIN*
William H. Griffin
6330 Lamar, Ste 110
Overland Park, KS 66202-4286
**TRUSTEE**